IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LONIEL GREENE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:18-cv-00509 |
| | ) Judge Trauger |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, ET AL., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On October 15, 2019, the magistrate judge issued a Report and Recommendation (Docket No. 27), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED with prejudice and the Motion filed by Sherry Ann Long (Docket No. 26) is DENIED as moot.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 5th day of November 2019.

_____
ALETA A. TRAUGER
U.S. District Judge